**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:                                                                 Case No. 2:21-bk-01011-FMD
                                                                       Chapter 13
Jerry Donald Wilks
Sherri Ann Wilks

     Debtor(s).
_____/

## TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through his undersigned attorney, and hereby files his Objection to Debtors' Motion to Modify Confirmed Plan (Doc. No. 77) and would show unto the Court the following:

1. The Trustee needs more information.

2. The Creditor has yet to file a proof of claim evidencing the real property tax debt. The Trustee cannot disburse without a proof of claim filed.

3. Further, Debtors' budget as filed and amended indicated Debtors set aside $140.00 - $150.00 per month over the life of the plan to pay said real property taxes. The Trustee demands proof of what the Debtors spent those budgeted funds on in the past.

**WHEREFORE**, the Chapter 13 Trustee respectfully request the Debtors' Motion to Modify Confirmed Plan (Doc. No. 77) be set for a hearing, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Florida Bar No. 722855
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax:    (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Objection to Debtors' Motion to Modify Confirmed Plan was furnished electronically by CM/ECF services and/or by U.S. Mail to **Jerry Donald Wilks and Sherri Ann Wilks**, Debtors, 745 Palm View Dr, Naples, FL 34110 and **Carmen Dellutri, Esquire**, Attorney for Debtors, c/o The Dellutri Law Group, PA, 1436 Royal Palm Square Blvd., Fort Myers, FL 33919 on this 13th day of June, 2024.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

JMW/MEC/ss